# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PULIDO, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-0884 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED FEBRUARY 21, 2018 <br><br> (Doc. 15) |

Previously, the Court ordered Plaintiff to show cause why the action should not be dismissed for his failure to prosecute and failure to comply with the Court's order. (Doc. 15) In the alternative, Plaintiff was directed to serve his confidential letter brief and file proof of service with the Court. (*Id.* at 2) Plaintiff timely filed proof of service of the letter brief on February 26, 2018. (Doc. 16)

Accordingly, the Court **ORDERS**: The order to show cause dated February 21, 2018 (Doc. 15) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **February 27, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE