# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PULIDO,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-00884 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MARCH 30, 2018<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN OPENING BRIEF |

Previously, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's order and failure to prosecute the action. (Doc. 19) Plaintiff's counsel, Kelsey Brown, filed a timely response to the Court's order on April 13, 2018. (Doc. 20) Based upon the information provided by Ms. Brown, and good cause appearing, the Court **ORDERS**:

1. The Order to Show Cause dated March 30, 2018 (Doc. 19) is **DISCHARGED**; and
2. Plaintiff's request for an extension of time is **GRANTED**; and
3. Plaintiff **SHALL** file an opening brief on or before **April 28, 2018**.

IT IS SO ORDERED.

   Dated:   **April 16, 2018**                     **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE