# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PULIDO,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-0884 - JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE<br><br>(Doc. 26) |

On December 30, 2018, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act. (Doc. 26) Because the matter is not set for hearing, no deadlines have been triggered for Defendant to respond to the motion. Accordingly, the Court **ORDERS**:

1. Defendant **SHALL** file any opposition, or a notice of non-opposition, no later than **January 23, 2019**; and

2. Any reply by Plaintiff **SHALL** be filed by **January 30, 2019**.

IT IS SO ORDERED.

Dated: **January 2, 2019**             **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE