**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

IGNACIO PULIDO,                                    ) Case No.: 1:17-cv-0884 - JLT
                                                   )
           Plaintiff,                      ) AMENDED ORDER AWARDING ATTORNEY'S
                                                   ) FEES PURSUANT TO THE EQUAL ACCESS TO
      v.                                    ) JUSTICE ACT
                                                   )
NANCY A. BERRYHILL,                                )
Acting Commissioner of Social Security,            )
                                                   )
           Defendant.                      )
_____            )

On January 8, 2019, Ignacio Pulido and Nancy A. Berryhill, Acting Commissioner of Social

Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to

Justice Act, 28 U.S.C. § 2412(d). (Doc. 28)

      Accordingly, the Court **ORDERS**:

      1.      Subject to the terms of the parties' stipulation, fees in the amount of $6,300.00 are

              **AWARDED** to Plaintiff, Ignacio Pulido; and

      2.      Plaintiff's motion for fees and expenses (Doc. 26) is terminated as **MOOT**.

IT IS SO ORDERED.

      Dated:   **January 16, 2019**            **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE